FILED

JAN 24 2007

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 013ML |
| | ) | |
| v. | ) | CR. NO. |
| | ) | In Violation of 18 U.S.C. |
| | ) | § 1542 |
| | ) | |
| JUNIOR BIENVENIDO LARA | ) | |
| a/k/a Luis Antonio Ortiz Cancel | ) | |

**INDICTMENT**

**The Grand Jury charges that:**

COUNT I

(Passport Application Fraud)

1. On or about November 7, 2005 in the District of Rhode Island, the defendant, JUNIOR BIENVENIDO LARA, a/k/a Luis Antonio Ortiz Cancel, willfully and knowingly made a false statement in an application for a United States passport with the intent to induce and secure for his own use, the issuance of a United States passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such

application the defendant stated that his name was Luis Antonio Ortiz Cancel, which he knew to be false.

All in violation of 18 U.S.C. § 1542.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 1/23/07