1279652

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

JAN 24 2007

**UNITED STATES OF AMERICA**

v.

JUNIOR BIENVENDIO LARA
a/k/a Luis Antonio Ortiz Cancel

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-13ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUNIOR BIENVENDIO LARA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

PASSPORT FRAUD

in violation of Title 18 United States Code, Section(s) 1542

Martha Saucier
Name of Issuing Officer

Martha Saucier
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

January 24, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Arrested by Dept. of State | | |
| DATE RECEIVED 01/24/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyant |
| DATE OF ARREST 01/26/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.