# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 07-13ML***

JAN 2 5 2007

RHODE

***To:*** ***U.S. ICE***
***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **JUNIOR BIENVENIDO,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **26th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Please note Court is scheduled for 2:30 P.M
Request for 9:00 am arrival is from Probation Department to interview the defendant

I hereby certify and return that ... the court ... named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: January 24, 2007.

David A. DiMarzio, Clerk

*by* ___________________
***Martha Saucier - Deputy Clerk***

ARRAIGNMENT