IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 07-13ML |
| vs. | ) | |
| | ) | |
| | ) | |
| JUNIOR BENEVIODO LARA | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Junior Beneviodo Lara, CR07-13ML. Assistant United States Attorney Richard W. Rose, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U. S. Attorney
RI Bar #4475
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5002
luis.matos@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Kevin J. Fitzgerald, Esquire
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U. S. Attorney
RI Bar #4475
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5002
luis.matos@usdoj.gov